IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　§　　NO. 15-20362-CR-KMW
　　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　§
　　　v.　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
FREDDY MORENO-BELTRAN,　　　 §　　~~UNDER SEAL~~
　　　　　　　　　　　　　　　§
　　　　Defendant.　　　　　　§

## STATEMENT OF THE OFFENSES

The United States Attorney, in and for the Southern District of Florida, and the Department of Justice, Criminal Division, Fraud Section (the Government), and the Defendant represent and agree that if this matter were to proceed to trial the Government would be able to prove the following beyond a reasonable doubt:

1.　　The Export Import Bank (Ex-Im Bank), located in Washington, D.C., is an executive branch agency of the United States and is responsible for promoting the export of United States goods to foreign companies. Ex-Im Bank issues loan guarantees to domestic banks for loans provided to foreign buyers purchasing goods manufactured in the United States.

2.　　Prior to issuing a loan guarantee, Ex-Im Bank requires the lending bank to document the transaction by completing an Application for Medium-Term Insurance ("Ex-Im Application"), which details the loan amount, down payment, the goods being purchased and shipped, and their country of origin.

3.　　The Ex-Im Application includes information memorializing the

1

commercial transaction that is provided by participants in the loan transactions which included the identity of borrowers, lenders, brokers, suppliers and exporters.

4. Ex-Im Bank requires that the exporter certify to the lending bank, in the form of an Ex-Im Bank Exporter's Certificate, that United States goods have actually been purchased and shipped to the borrowers before Ex-Im Bank will issue a loan guarantee.

5. At all times relevant to the crimes charged in the Information, the defendant **FREDDY MORENO-BELTRAN ("MORENO")**, was a Colombian citizen who lived in Bogota, Colombia. **MORENO** was the owner of Clientric S.A., (CSA), a telemarketing company located in Colombia.

6. Ricardo J. Beato (Beato), was a United States citizen residing in Miami, Florida and is separately charged as a co-conspirator. Beato was the co-owner of Approach Technologies International, LLC ("ATI"), a telemarketing software company located in Miami Lakes, FL. ATI was identified as the buyer/borrower in a fraudulent transaction guaranteed by the Ex-Im Bank.

7. Jorge R. Amad (Amad) was a naturalized U.S. Citizen residing in Miami, FL and is separately charged as a co-conspirator. Amad was the co-owner of ATI.

8. Co-Conspirator 1 ("CC#1") was a naturalized U.S. citizen and the owner of an export company in Miami, FL known as "G.E.M." G.E.M., was identified to Ex-Im Bank as the exporter in the fraudulent transaction.

9. Co-Conspirator 2 ("CC#2") was a U.S. citizen and married to CC#1. CC#1 and CC#2 were the signators on G.E.M.'s bank account and CC#2 assisted CC#1 in acting as the exporter in the fraudulent Ex-Im transaction.

10. Co-Conspirator 3 ("CC#3") was a U.S. citizen residing in Miami, FL, was the father of CC#2, and assisted CC#1 and CC#2 in acting as the exporter in the fraudulent Ex-Im transaction.

11. From 2009 to 2010, **MORENO,** Beato, Amad, CC#1, CC#2, CC#3, and others entered into a conspiracy and scheme to defraud the Ex-Im Bank by making materially false statements about the purchase of telemarketing equipment in order to obtain an Ex-Im Bank guaranteed loan. The goal of the conspiracy was to obtain and convert the loan proceeds for the personal benefit of the co-conspirators.

12. In or about September 2009, MORENO, Beato, Amad, CC#1, CC#2, and C#3 submitted to a private financing company in Windsor, Connecticut (hereinafter the "Lender") a false application for a loan to be guaranteed by the Ex-Im Bank. The guarantee was approved under Ex-Im Bank policy APO-480324.

13. In or about September 2009, **MORENO,** Beato, Amad, CC#1, CC#2, and CC#3 submitted to the Lender and the Ex-Im Bank false documents, including invoices and purchase orders, falsely representing the amount, value, and origin of United States equipment shipped to Colombia when in fact, materially less, if any American manufactured equipment was purchased or shipped.

14. On or about February 11, 2010, CC#1 submitted a signed Ex-Im Bank Exporter's Certificate to the Lender and the Ex-Im Bank falsely certifying that $2,250,418.50 of American manufactured equipment and products were purchased and shipped to **MORENO** in Colombia.

15. On or about October 28, 2010, CC#1, on a G.E.M. invoice, falsely confirmed to the Lender and the Ex-Im Bank that G.E.M. had sold $2,250,418.50 of American manufactured equipment to **MORENO** in Columbia and had received the $326,000 required down payment from **MORENO**.

16. On or about November 5, 2010, after receiving Ex-Im Bank's approval under policy APO-480324, the Lender disbursed a total of $1,924,418.50 of Ex-Im Bank insured loan proceeds in four separate disbursements. Of that total, Beato and Amad received $1,076,237.92 on behalf of ATI which was represented to be a supplier in the fraudulent transaction; CC#1, represented to be the exporter, received $466,251.76 directly; and $302,944.32 was paid to a third party lender for the benefit of CC#1, CC#2, and CC#3. The remaining $78,984.50 was sent to Ex-Bank in payment of the guarantee premium.

17. After receiving $1,076,237.92, Beato and Amad sent a wire transfer of $63,000 to **MORENO** on November 9, 2010.

18. On or about November 12, 2010, **MORENO,** as part of the scheme and artifice to defraud the United States, transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce writings, signs, signals, pictures and sounds, specifically, a wire communication transferring one

4

hundred thousand dollars ($100,000) from ATI's bank account in Miami, FL to **MORENO's** bank account in Bogota, Colombia.

19. On or about August 3, 2011, **MORENO** defaulted on his loan causing the Ex-Im Bank to pay $1,924,418.50 to the loan's holder in due course in satisfaction of its obligation to indemnify the default.

Date: 21 May 2015

FREDDY MORENO-BELTRAN
Defendant

Date: 21 May 2015

C. PATRICK DRAY, ESQ.
Attorney for the Defendant

Date: 5/21/15

WILLIAM H. BOWNE
Florida Bar # A5501472
Trial Attorney
PATRICK M. DONLEY
Senior Ligation Counsel
Florida Bar # A5501108
Fraud Section, Criminal Division
United States Department of Justice