UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-CR-20362

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FREDY MORENO-BELTRAN,

    Defendant.
_____/

## NOTICE OF FILING CHARACTER REFERENCE LETTERS AND PHOTOGRAPHS IN SUPPORT OF DEFENDANT, FREDY MORENO-BELTRAN, FOR SENTENCING

**COMES NOW**, the Defendant, **FREDY MORENO-BELTRAN**, by and through his undersigned attorney, and hereby submits the following letters and photographs to the Court in aid of the sentencing. As such, it is respectfully requested that this Honorable Court take into consideration the following letters and photos in support of Fredy pursuant to 18 USC§3553(a):

### PHOTOS

(1) Fredy and his father, Alvaro Moreno Garavito, in front of his home in December 2015 by undersigned counsel,

(2) Fredy's father with his grand-son; and

(3) Fredy's wife, Emilia, and their two boys - - Jeronimo (8 years old) and Jacobo (5 years old).

## *LETTERS*

(1)  Unofficial translated letter from English to Spanish, written to the Court from Fredy's father, Alvaro Moreno Garavito, by hand (translated typed 2 pages & 5 pages original);

(2)  Letter in support of Fredy by Gabriel Andrade, his friend and business partner (1 page English); and

(3)  Letter by David Moreno Beltran, Fredy's youngest brother (age 33) (2 pages).

                      Respectfully submitted,

                      S. Patrick Dray, Esq.
                      **S. Patrick Dray, P.A.**
                      Courthouse Center
                      Penthouse One
                      40 N.W. Third Street
                      Miami, FL  33128

                      Tel: 305-379-4501
                      Fax: 786-513-2244
                      pat@patdray.com

                      By:    s/ S. Patrick Dray
                      S. PATRICK DRAY, ESQUIRE
                      Florida Bar No.: 0180157

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27tth, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: s/ S. Patrick Dray
            S. PATRICK DRAY, ESQUIRE







Bogotá D.C., December 29 of 2015.

## HONORABLE ANDREA SIMONTON

## DEPARTMENT OF JUSTICE - UNITED STATES OF AMERICA

Distinguished Judge:

I am Alvaro Moreno Garavito, with ID 17.065.062 and as father of Fredy Leonardo Moreno Beltrán, I respectfully request to you consider the situations as follows:

As father and senior adult (73 years old) I have been seriously affected by the process that my son is facing.

He has been one of the first in my life; in the economic, social and spiritually. I have not peace since the moment when I knew of his situation.

My health has deteriorated and more when, a year ago I was diagnosed with prostatic cancer. I have had difficulties obtaining my old-age pension to endure my economic situation and Fredy help me constantly in this aspect.

The tranquility of my life is not the same since I knew the problems of my son and his family.

The uncertainty makes that every day is a true torture in my mind and heart. When I knew that it was a bad deal, which some took advantage of the ingenuity and good faith of my son, to take economic advantage in a wrong, and criminal way. He is a victim of the circumstances and of whom managed with chicanery the business.

It is not possible that his sons and his wife be suffering the consequences of irresponsible and criminal acts dedicated to damage to honest and working people to win some dollars without measuring the serious damages to their peers.

It is very severe that be frustrated the dreams of a family, that have dedicated all its life to build a company, and from night to day be taken of them hands the source of the income, the daily bread of them children, the education and wellbeing of them lives.

It is almost the destruction of people who had projected a promising future.

The pain and suffering that causes me every day, to see my son fighting, without can to collaborate him have had me at the edge of a collapse and I would not resist more to see him punished because his fault, where was implicated by people without God, ethic or moral.

As an educator and father of Fredy, I can vouch for his integrity in all ways. That is how he was educated since childhood because a life without moral, honesty, ethic and loyalty, is not life.

The love for his sons, his peers, and the respect for the property of others, for the people around us, are daily practice in his life.

Without economic resources, and diminished our health and trust on people, We have no other way than wait for a prompt and equitable justice and that the Divine Providence guide us along the paths of good and that we can overcome this unexpected storm.

I do not know what can happen if he has to be absent for some time because he is the only support to his home.

With my heart in my hands and invoking the legal and humanitarian principles, I beg and implore you to consider all these circumstances and be benign in all value judgment that considers your final decision.

I believe, and I am sure that his fault was to be too confident, thinking that other people would respond in the same way but he fell in a trap.

Best regards,


Álvaro Moreno Garavito

C.C. 17.065.062 - Bogotá

Bogotá D.C Diciembre 2015

Sra Juez
Andrea Simonton

Distinguida Doctora:

Soy Alvaro Moreno Caracito; identificado con la Cédula de Ciudadano Número 17065-062 y en mi calidad de padre de Fredy Leonardo Moreno Beltrán; solicito a Ud. comedidamente, que tenga en cuenta las siguientes situaciones:

Como papá y adulto mayor (73 años) me he visto afectado gravemente por el proceso que afronta mi hijo.
El ha sido uno de los principales en mi vida; en lo económico, social y espiritualmente.
No he tenido paz desde el momento de enterarme de su situación.
Mi salud se ha deteriorado mucho y aún más cuando hace un año me diagnosticaron cáncer

Procesado por la versión GRATUITA de STOIK Escáner de documentos para móviles de www.stoik.mobi

2

de próstata. He tenido muchas dificultades en adquirir mi pensión de vejez, para sobrellevar un poco mi situación económica. Y Fredy me colaboro constantemente en este aspecto.

La tranquilidad de mi vida no es la misma desde el momento que supe los problemas de mi hijo y su familia.

La incertidumbre hace que cada día, sea una verdadera tortura en mi mente y en mi corazón. Al saber que todo fue un mal negocio, en el cual se aprovecharon de la ingenuidad y buena fe de mi hijo, para sacar provecho económico en forma desleal y criminal.

El, es una víctima de estas circunstancias y de los que manejaron con argucias los negocios.

No es posible que sus hijos y su esposa estén sufriendo las consecuencias de los actos irresponsables y delictivos de individuos que se dedican a hacerle daño a la gente honesta

Procesado por la versión GRATUITA de STOIK Escáner de documentos para móviles de www.stoik.mobi

3

y trabajadora, para ganarse unos dólares sin medir los graves perjuicios que infringen a sus semejantes.

Es muy grave que se frustren los sueños de una familia que ha dedicado su vida a trabajar honestamente para hacer una empresa y de la noche a la mañana le quiten de sus manos, la fuente de sus ingresos, el pan diario de sus hijos, la educación y el bienestar de su vida.

Es prácticamente la destrucción de las personas que se habían trazado un futuro promisorio.

El dolor y sufrimiento que me causan cada día, ver a mi hijo luchar cada día, sin poderle colaborar, que han tenido al borde del colapso y no resistiría más, verlo castigado, por faltas en las que lo involucraron, gentes sin Dios, ni ética, ni moral.

Como educador y padre de Fredy, doy fé, de su integridad en todo sentido.

Así se educó desde niño, porque la vida sin moral, honestidad, ética y lealtad, no es vida.

4

El amor a sus hijos, a sus semejantes y el respeto por el bien ajeno, a las personas que nos rodean, son una práctica diaria en su vida.

Sin recursos económicos y menguada nuestra salud, nuestro ánimo de confiar en las personas, no queda otra alternativa que esperar una pronta y equitativa justicia y que la Providencia Divina, nos guíe por los senderos del bien, y podamos superar esta inesperada tormenta.

No sé qué pasará, si tiene que ausentarse por algún tiempo, ya que es él, único soporte de su hogar.

Con el corazón en mis manos y acogiéndome a los principios legales y humanitarios, le suplico e imploro que considere todas estas circunstancias y sea benigna en todo el juicio de valores que contemple su fallo definitivo.

Procesado por la versión GRATUITA de STOIK Escáner de documentos para móviles de www.stoik.mobi

Creo y estoy seguro que su culpa fue el ser demasiado confiado, creyendo que los demás le correspondían en la misma forma pero cayó en una trampa.

Agradezco infinitamente a la Sra Juez, tener en cuenta estas consideraciones

Cordial Saludo

Alvaro Mauro Garacito
CC Nº 17.065062 Btá

Procesado por la versión GRATUITA de STOIK Escáner de documentos para móviles de www.stoik.mobi



# PERSONAL REFERENCE

I am pleased to certify that I personally know Mr. FREDY LEONARDO MORENO identified under document # 79.649.552 for over 5 years.
As well I considered him a Gentleman with very deep values into the community, as a responsible, respectful and dedicated person.

The present document is addressed to *Mr. Patrick Dray* as a direct request made by the referenced gentleman.

Sincerely,

**GABRIEL ANDRADE**
cc. 79.428.8878
Phone: 57-300 2189199

Signed in Bogota, D.C., Colombia on May 6th of 2015

Carrera 18 No. 164-58 - Barrio TOBERIN. PBX 6723844. Mail> g.andrade@astrade.net
BOGOTA, D.C. - COLOMBIA

*Dec 22th, 2015.*
*Bogota, Colombia*

**Honorable Kathleen Williams**
**United States District Judge**
**Miami, Florida, U.S.A.**

Your honor, my name is David Moreno Beltran. I am a Colombian Citizen born on March 23, 1984, identified with the ID number 80041655 of Bogota, Colombia. I obtained a university degree in graphic design in the same city. Since 2011, I own and work in a design firm in Bogota. As the creative director, I participate in communications consultancies for public, private and non-governmental institutions in Colombia as well as for international clients.

I am the younger brother of Fredy Moreno Beltran. I can confirm that he is an exemplary brother, hard working man, an excellent father, loyal husband, a good neighbor and overall he has been a good person throughout all his life. We have worked together in different projects during the last ten years. Without a doubt, I can certify his excellent professional qualities, authentic passion for entrepreneurship and humanity towards his pairs, teaching us every day with his actions the real value of commitment, discipline, and effort.

Fredy and the whole family has faced the hardest times during the last months due to the nightmare that this complicated legal process brought into our lives. In spite of all the problems, he has never lost his commitment to help make justice. It is discouraging to see how a man that has worked so hard to build a future for his family is now trying to overcome the concrete damage inflicted by fraudulent people. Because he is an honorable man, deeply respectful and committed to the law, he has dealt with his responsibility with a high level of integrity and strength.

1

Today Fredy has enormous duties. He is the supplier of his family, support of his wife and guide of his 2 minor sons, aged 7 and 5. Regardless of all the efforts that he is making to sustain his home, they are living terrible moment. We hope that the justice gives my brother a fair treatment. Any punishment imposed upon him will be against the victim of a major fraud operation, removing a husband and father from an innocent family that depends on him economically and emotionally.

We still praying for justice. We hope that God helps my brother and our family to overcome this unfortunate event soon. I have my entire disposition to collaborate with any requests that your could have. Please feel free to contact me anytime.

Respectfully yours,

David Moreno Beltran
ID: 80041655 Bogota, Colombia
+57(310)7918784
davidmob@davidmob.com

2