UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-CR-20362

UNITED STATES OF AMERICA,

      Plaintiff,

v.

FREDY MORENO-BELTRAN,

      Defendant.

_____/

## NOTICE OF FILING *ADDITIONAL* PHOTOGRAPHS IN SUPPORT OF DEFENDANT, FREDY MORENO-BELTRAN, FOR SENTENCING

**COMES NOW,** the Defendant, **FREDY MORENO-BELTRAN,** by and through his undersigned attorney, and hereby submits the following *additional* photographs to the Court in aid of the sentencing.  As such, it is respectfully requested that this Honorable Court take into consideration the following photos in support of Fredy pursuant to 18 USC§3553(a) as they depict his life, family and friends.  A brief explanation of *some* of these 17 photos will be offered during the Defendant's sentencing hearing.

Respectfully submitted,

S. Patrick Dray, Esq.
**S. Patrick Dray, P.A.**
Courthouse Center
Penthouse One
40 N.W. Third Street
Miami, FL  33128

Tel: 305-379-4501
Fax: 786-513-2244
pat@patdray.com

By:    s/ S. Patrick Dray
S. PATRICK DRAY, ESQUIRE
Florida Bar No.: 0180157

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 27tth, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    s/ S. Patrick Dray
S. PATRICK DRAY, ESQUIRE

2



























